**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TIFFANY MADRID,

        Plaintiff,

v.                                                    Case No. 6:13-cv-1887-Orl-37KRS

HISPANIC CHAMBER OF COMMERCE
OF METRO ORLANDO,

        Defendant.

**ORDER**

This cause is before the Court on Magistrate Judge Baker's Report and Recommendation ("R&R") (Doc. 28), filed June 2, 2014. Magistrate Judge Baker conducted a settlement conference on May 30, 2014, at which the parties reached a settlement agreement resolving this Fair Labor Standards Act case. (Doc. 27.) The Magistrate Judge now recommends approving the settlement agreement and dismissing this case with prejudice. (Doc. 28, p. 2.) The Court has reviewed the R&R and, in addition, has listened to the transcript of the settlement proceedings, including but not limited to the sealed portion that addresses the terms of the resolution of the FLSA claims (*see* Doc. 27). The Court wholeheartedly agrees that the resolution is a fair compromise negotiated at arm's length by well-represented parties.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Magistrate Judge Baker's Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' settlement is **APPROVED**.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Court **RETAINS** jurisdiction to enforce the terms of the parties' settlement agreement.

5. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 16, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record